

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-21-00094-CV

**CITY OF EAGLE PASS,**
Appellant

v.

Isabel Velasquez **PEREZ,** individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
The Honorable Maribel Flores, Judge Presiding

## O R D E R

Appellant filed its notice of accelerated appeal on March 23, 2021. Accordingly, the record is due ten days later, on April 2, 2021. *See* Tex. R. App. P. 26.1(b), 35.1(b). The trial court clerk has filed a request for an extension of time to file the record.

We **grant** the motion in part. *See* Tex. R. App. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). We **order** the clerk's record due **April 12, 2021**.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court